1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

KEITH ARNOLD SCOTT,

             Plaintiff,

v.

ALEJANDRO MAYORKAS, in his
official capacity, Secretary, U.S.
Department of Homeland Security; UR M.
JADDOU, in her official capacity, director,
U.S. Citizenship and Immigration Services;
MERRICK B. GARLAND, Attorney
General, Office of Attorney General U.S.
Department of Justice,

             Defendants.

Case No. 2:22-cv-00697-ART-NJK

<u>ORDER APPROVING</u>

**JOINT STIPULATION OF VOLUNTARY DISMISSAL**

       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, Keith Arnold Scott, and

Defendants, Alejandro Mayorkas, et al., hereby enter this joint stipulation of voluntary

dismissal of this action without prejudice as to all parties and claims.

//

//

//

//

//

//

1    All parties shall bear their own costs, attorney's fees, and expenses.

2              Respectfully submitted this 11th day of May 2022.

3

4    JEELANI LAW FIRM, PLC                          JASON M. FRIERSON
                                                     United States Attorney
5

6    */s/ Hashim G. Jeelani*                         */s/ Skyler H. Pearson*
     HASHIM G. JEELANI                               SKYLER H. PEARSON
7    28411 Northwestern Hwy                          Assistant United States Attorney
     Suite 875                                       *Attorneys for the United States*
8    Southfield, MI 48034
     *Attorney for Plaintiff*
9

10                                 IT IS SO ORDERED:

11

12                                 _____
                                   **UNITED STATES DISTRICT JUDGE**
13

14                                 **DATED:** May 12, 2022

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2